UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:                                            Chapter 11
                                                  Case No.: 07-71327-jbr
COPPERFIELD INVESTMENTS, LLC,

                        Debtor.

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 )    ss.:
COUNTY OF NEW YORK  )

       Seongjin Ahn, being duly sworn, hereby deposes and says:

       1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

       2.    On the 9th of May 2007, I caused a true and correct copy of the following document served upon the parties via UPS overnight delivery and facsimile on the attached service list:

          a) OBJECTION OF FICUS (USA), INC. F/K/A FICUS INVESTMENTS, INC. TO THE APPLICATIONS FOR ORDERS APPROVING THE RETENTION OF JAGER SMITH P.C. AND ROY J. LESTER & ASSOCIATES, P.C. AND REQUEST THAT THE $500,000 RETAINER BE TURNED OVER TO THE CHAPTER 11 TRUSTEE PENDING FURTHER ORDER OF THE COURT.

                                                /s/ Seongjin Ahn
                                                Seongjin Ahn

Sworn to before me this
9th of May, 2007

  /s/ Kim Fitzgerald
Notary Public

Kim Fitzgerald
Notary Public, State of New York
No. 01F1609313
Qualified in Kings County
Cerficate filed in New York County
Commission Expires August 9. 2009

## SERVICE LIST

Alfred M. Dimino
United States Trustee
560 Federal Plaza
Central Islip, NY 11722
(212) 668-2255

Copperfield Investments, LLC
2 Jericho Plaza
Jericho, NY 11753
(516) 663-6299

Steven C. Reingold, Esq.
Jager Smith P.C.
485 Madison Avenue
New York, NY 10022
(617) 951-2414

Roy J. Lester, Esq.
Roy Lester & Associates, P.C.
600 Old Country Road, Suite 229
Garden City, NY 11530
(516) 357-9281

Charles R. Goldstein
Protiviti, Inc.
2 North Charles Street, Suite 400
Baltimore, MD 21201
(410) 454-6801

David Pauker
Goldin & Associates LLC
400 Madison Avenue, 10th floor
New York, NY 10017
(212) 888-2841

Douglas L. Furth, Esq.
Goldenbock Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
(212) 754-0330

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th floor
Uniondale, NY 11556-1425
(516) 663-6796