IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

IN RE: COOPERFIELD INVESTMENT LLC : CHAPTER: 11    TAX ID# 23-2590912
:
     AKA:COPPERFIELD INVESTMENTS :
LLC                                  : BANKRUPTCY NO: 8-07-71327-JBR

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Bank FSB**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern PA 19355-0701**

By: /s/Gilbert B. Weisman
Gilbert B Weisman Esquire PA59872
Becket and Lee LLP Attorneys Agent
POB 3001
MALVERN PA 19355-0701
PHONE:   (610) 644-7800
FAX  :   (610) 993-8493
EMAIL:   notices@becket-lee.com

DATE: May 17, 2007

PET: 04/17/2007